UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01313-JLS-KES                                         Date: October 01, 2021
Title: Amina Yazdanie et al v. Specialized Loan Servicing LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                            Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO STATE COURT**

On June 2, 2021, Plaintiff filed the instant action in California Superior Court. (*See* Compl., Ex. A to Notice of Removal, Doc. 1-1.)  Defendant filed its Notice of Removal on August 6, 2021.  (*See* Notice of Removal, Doc. 1.)  Plaintiff has filed a Motion to Remand asserting that Defendant's Notice of Removal was untimely, as it was filed well outside the 30-day time period in which a notice of removal may be filed under 28 U.S.C. § 1446(b).  (*See* Mot. to Remand, Doc. 10.)  Accordingly, Defendant is ORDERED to show cause, in writing, no later than five (5) days from the date of this Order, why this action should not be remanded on account of Defendant's untimely notice of removal.

Initials of Deputy Clerk: mku