# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

**JS-6**

| Case No. | SACV 21-01313-JLS (KESx) | Date | October 6, 2021 |
|---|---|---|---|
| Title | Amina Yazdanie et al v. Specialized Loan Servicing LLC et al | | |

**PRESENT:**

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT**

The Court has reviewed the responses of the parties to the Order to Show Cause Why This Action Should Not be Remanded to State Court (see Docs. 13, 19, 20). The Defendant has failed sufficiently to show that its removal was timely. Accordingly, this action is **REMANDED** to Orange County Superior Court, case number 30-2021-01203763-CU-OR-CJC.

                                                                        _____ : _____

                                                Initials of Deputy Clerk   mku

cc: